UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GRIFFIN, WALTER CONNELLY,<br><br>                      Plaintiffs,<br><br>vs.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>                      Defendant. | Index No. 08 Civ. 0877 (KMK)<br><br>**Rule 7.1 Statement** |

Defendant Cellco Partnership d/b/a Verizon Wireless (hereinafter "Defendant" or "Verizon Wireless"), by its attorneys, Kauff McClain & McGuire LLP, certifies that Cellco Partnership d/b/a Verizon Wireless) is a general partnership formed under the laws of the State of Delaware. Verizon Communications Inc. and Vodafone Group PLC indirectly own a 55% and 45% interest, respectively. Both Verizon Communications Inc. and Vodafone Group PLC are publicly traded corporations.

Dated: New York, New York.
       March 4, 2008

                                                  Respectfully submitted,

                                                  KAUFF MCCLAIN & MCGUIRE LLP

                                                  By: _____
                                                       Harlan J. Silverstein (HJS-4114)
                                                       Lisa E. Dayan (LD-4491)

                                                  950 Third Avenue
                                                  Fourteenth Floor
                                                  New York, NY 10022
                                                  (212) 644-1010

                                                  Attorneys for Defendant
                                                  Cellco Partnership, d/b/a Verizon Wireless