## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Rule 7.1 Statement of Defendant Cellco Partnership d/b/a Verizon Wireless to be served by electronic filing and by U.S. mail, postage pre-paid, on March 4, 2008 upon:

Christopher Watkins, Esq.
Sussman & Watkins
40 Park Place
P.O. Box 1005
Goshen, NY 10924
(845) 294-3991

Counsel for Plaintiffs

Dated: March 4, 2008

_____
Lisa E. Dayan

4850-2101-4530.1