## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Answer of Defendant Cellco Partnership d/b/a Verizon Wireless to be served by electronic filing and by U.S. mail, postage pre-paid, on March 4, 2008 upon:

> Christopher Watkins, Esq.
> Sussman & Watkins
> 40 Park Place
> P.O. Box 1005
> Goshen, NY 10924
> (845) 294-3991
>
> Counsel for Plaintiffs

Dated: March 4, 2008

_____
Lisa E. Dayan

4829-8015-5650.2