UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL GRIFFIN, WALTER CONNELLY,

              Plaintiffs,

vs.

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,

              Defendant.

Index No. 08 Civ. 0877 (KMK)

**Rule 26(f) Report of Parties' Planning Meeting**

      Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the undersigned counsel for all parties conferred by telephonic conference on March 12, 2008 and jointly propose to the Court the following discovery plan:

      1.    Initial Disclosures. Initial disclosures, as described in Fed. R. Civ. P. 26(a)(1), shall be exchanged by the parties by April 11, 2008.

      2.    Close of Discovery. The parties anticipate that all discovery shall be completed by January 31, 2009.

Dated: New York, New York
       March 25, 2008

KAUFF MCCLAIN & MCGUIRE LLP

By: _____
    Harlan J. Silverstein (HJS-4114)
    Lisa E. Dayan (LD-4491)

950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010

Attorneys for Defendant
Cellco Partnership, d/b/a Verizon Wireless

SUSSMAN & WATKINS

By: _____
    Christopher Watkins (CW-2240)

40 Park Place
P.O. Box 1005
Goshen, NY 10924
(845) 294-3991

Attorneys for Plaintiffs
Daniel Griffin and Walter Connelly

4826-3059-4306.1