**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

DANIEL GRIFFIN, WALTER CONNELLY,

                        Plaintiffs,

       - against -

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS,

                        Defendant.

Docket No. 08 CIV. 0877 (KMK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Daniel Griffin and Walter Connelly and Defendant Cellco Partnership d/b/a Verizon Wireless, through their respective attorneys, that the above-entitled action, and any claims asserted or that could have been asserted in the action, shall be and it hereby is dismissed with prejudice and without costs to either party, pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

Dated: May 29, 2008
        New York, New York.

| | |
|---|---|
| SUSSMAN & WATKINS<br>Attorney for Plaintiffs<br>Daniel Griffin and Walter Connelly<br><br>By: _____<br>Christopher Watkins (CW-2240)<br>40 Park Place<br>P.O. Box 1005<br>Goshen, NY 10924<br>(845) 294-3991 | KAUFF McCLAIN & McGUIRE LLP<br>Attorneys for Defendant<br>Cellco Partnership d/b/a Verizon Wireless<br><br>By: _____<br>Harlan J. Silverstein (HJS-4114)<br>Lisa E. Dayan (LD-4491)<br>950 Third Avenue – 14th Floor<br>New York, New York 10022<br>(212) 644-1010 |

SO ORDERED: _____
                  U.S.D.J.

June 10, 2008

C:\Documents and Settings\silverstein\Local Settings\Temporary Internet Files\OLK68\4846-9282-5090 v 2 - Griffin Settlement Agreement.doc

- 12 -